SEAN P. NALTY (State Bar No. 121253)
sean.nalty@wilsonelser.com
SHILPA DOSHI (State Bar. No. 253024)
shilpa.doshi@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
525 Market Street, 17th Floor,
San Francisco, CA 94105-2725
Telephone: 415.433.0990
Facsimile: 415.434.1370

Attorneys for Defendant
LIFE INSURANCE COMPANY OF
NORTH AMERICA

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO DIEGO, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CIGNA GROUP INSURANCE, LIFE INSURANCE COMPANY OF NORTH AMERICA, and Does 1 through 100, inclusive.<br><br>　　　　　　　Defendants. | Case No. CV 09-9500-VBF (CWx)<br><br>[PROPOSED] **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Trial date: November 30, 2010 |

Pursuant to the parties' Stipulation of Dismissal with Prejudice of Entire Action, the Court hereby dismisses the entire action with prejudice. All future dates are taken off calendar.

**IT IS SO ORDERED.**

Date:  11/15/10          By: *Valerie Baker Fairbank*
　　　　　　　　　　　　　　　The Honorable Valerie Baker Fairbank
　　　　　　　　　　　　　　　United States District Court Judge

1
[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION
Case No. CV 09-9500-VBF (CWx)

603922.1